```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 46679
   ANTHONY RAY SHORTER
   BONITA ZYNETTE SHORTER                      CHAPTER 13

                                               JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-8587     SSN XXX-XX-5962

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 12/20/2004 and was confirmed 02/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/29/2007.
---------------------------------------------------------------------------
CREDITOR NAME               CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                                PAID          PAID
---------------------------------------------------------------------------
INTERNAL REVENUE SERVICE   SECURED              6006.30         588.81       4766.90
INTERNAL REVENUE SERVICE   PRIORITY            22463.24            .00           .00
NISSAN MOTOR ACCEPTANCE    SECURED             17175.00        1161.32      13710.76
NISSAN MOTOR ACCEPTANCE    UNSECURED            7347.55            .00           .00
SILVERLAKE RESORTS INC     SECURED NOT I     NOT FILED            .00           .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG       63187.50            .00      63187.50
WELLS FARGO HOME MORTGAG   MORTGAGE ARRE       19578.58            .00      15829.43
AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED            .00           .00
CBT ASPIRE                 UNSECURED         NOT FILED            .00           .00
CAPITAL ONE                UNSECURED         NOT FILED            .00           .00
CAPITAL ONE                UNSECURED         NOT FILED            .00           .00
BLITT & GAINES             NOTICE ONLY       NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED            1550.00            .00           .00
WORLD FINANCIAL NETWORK    UNSECURED             409.92            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED            3232.49            .00           .00
SAMS CLUB                  UNSECURED         NOT FILED            .00           .00
SPIEGEL                    UNSECURED         NOT FILED            .00           .00
PETER FRANCIS GERACI       DEBTOR ATTY          1,700.00                      1,700.00
TOM VAUGHN                 TRUSTEE                                            5,615.28
DEBTOR REFUND              REFUND                                             3,100.00

         Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE           109,660.00

PRIORITY                                          .00
SECURED                                     97,494.59
    INTEREST                                 1,750.13
UNSECURED                                         .00
ADMINISTRATIVE                               1,700.00

                   PAGE   1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 46679 ANTHONY RAY SHORTER & BONITA ZYNETTE SHORTER
```

```
TRUSTEE COMPENSATION                                         5,615.28
DEBTOR REFUND                                                3,100.00
                                        ----------------   ----------------
TOTALS                                        109,660.00         109,660.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                        /s/ Tom Vaughn
   Dated: 01/22/08                      _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```